In the Matter of the Application of WILLIAM WINTERS, Appellant, for a Writ of Mandamus against WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, et al., Respondents.

*Matter of Winters* v. *Prendergast*, 144 App. Div. 897, appeal dismissed.

(Argued April 13, 1914; decided April 28, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1911, which affirmed an order of Special Term denying a motion for a writ of mandamus to compel defendant to take the procedings necessary to procure for the petitioner payment of his salary as highway foreman in the borough of Manhattan.

*Sumner B. Stiles* and *P. Henry Delehanty* for appellant.

*Frank L. Polk, Corporation Counsel (Terence Farley* of counsel), for respondents.

Appeal dismissed, with costs, on the ground that it does not affirmatively appear that the application was not denied in the exercise of discretion; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.